UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME OSHANE MATT (A-219-316-279),<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, et al.,<br>Respondents. | No. 1:26-cv-05616-DC-CKD (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 14) |

Petitioner, an immigration detainee, filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 10.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 21, 2026, Petitioner filed this amended petition in which he pleads three causes of action: (1) violation of the Immigration and Nationality Act ("INA") on the ground that Petitioner is being wrongfully detained under 8 U.S.C. § 1225(b)(2) when he should be detained under 8 U.S.C. § 1226(a); (2) violation of the INA on the ground that Petitioner's detention is not authorized under 8 U.S.C. § 1231 because his removal is not likely to occur in the reasonably foreseeable future; and (3) violation of substantive due process on the ground that Petitioner's detention no longer serves its statutory purpose because removal is no longer reasonably foreseeable. (Doc. No. 10 at 6–7.) On October 7, 2026, the magistrate judge filed findings and

recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (Doc. No. 14.) Respondents did not file objections. On October 26, 2026, Petitioner objected to the findings and recommendations "[f]or the reasons set forth in Petitioner['s] previous briefings ([Doc.] Nos. 1, 10, and 13)." (Doc. No. 15.) However, the magistrate judge already addressed those arguments. (*See* Doc. No. 14.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. The court agrees that Petitioner is not entitled to relief on his INA and substantive due process[1] claims and will thus order that the petition be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 7, 2026 (Doc. No. 14) are ADOPTED;

2. Petitioner's amended petition for writ of habeas corpus (Doc. No. 10) is DISMISSED without prejudice; and

3. The Clerk of the Court is ordered to close this case.

IT IS SO ORDERED.

Dated: **November 24, 2026**

Dena Coggins
United States District Judge

[1] The court only addresses substantive due process because Petitioner did not plead a procedural due process claim in the operative pleading. (*See* Doc. No. 10 at 7.)